

Entered on Docket
October 02, 2009



_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

**KATHLEEN A. LEAVITT**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**201 Las Vegas Blvd South Suite 200**
**Las Vegas, NV  89101**
**(702) 853-0700**
**kal13mail@las13.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>**ZUBIN PUGLIESE PLASENCIA**<br><br><br><br>                              **Debtor** | Chapter 13<br>BKS-09-17322-MKN<br><br>**ORDER  DENIAL OF CONFIRMATION AND DISMISSING CASE**<br><br>Hearing Date: 09/24/2009<br>Hearing Time:  3:00 pm |

    The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having on for hearing, the following parties have appeared: [X] Trustee [  ] Debtor [  ] Attorney for Debtor [  ] Other , and said Motion having been considered by this Court, and good cause appearing therefore;

    IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

- The Debtor is not eligible for Chapter 13 [11 USC 109(e)(g)]

    IT IS FURTHER ORDERED that the Trustee is allowed $250.00 as and for expenses in the administration of this case.

DATED:  09/30/2009

Submitted by:

 /s/  KATHLEEN A. LEAVITT
Kathleen A. Leavitt
Chapter 13 Trustee
(MJB)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follow **s ;**

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

None -no parties appeared

###

# CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: pennva              Page 1 of 2               Date Rcvd: Oct 02, 2009
Case: 09-17322                 Form ID: pdf964           Total Noticed: 61


The following entities were noticed by first class mail on Oct 04, 2009.
db          +ZUBIN PUGLIESE PLASENCIA,    146 PEACHY CT,    LAS VEGAS, NV 89183-5684
aty         +EDWARD G SCHLOSS,    EDWARD G. SCHLOSS LAW CORP,    3637 MOTOR AVE, STE 220,
              LOS ANGELES, CA 90034-4884
cr          +BAC Home Loans Servicing, L.P. fka Countrywide Hom,    c/o McCalla Raymer,    Bankruptcy Department,
              1544 Old Alabama Road,    Roswell, GA 30076-2102
cr          +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
4992983      AMERICAN EXPRESS BANK FSB,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN PA 19355-0701
5003796      AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN PA 19355-0701
4748253     +Amc Mortgage Services,    Acct No 8740098938186,    Po Box 11000,    Santa Ana, CA 92711-1000
4748254     +American Express,    Acct No 3499909377295093,    c/o Becket and Lee,    Po Box 3001,
              Malvern, PA 19355-0701
4748255     +American General Finan,    Acct No 10031140012173846,    1369 N Hacienda Blvd,
              La Puente, CA 91744-1600
4748256     +Americas Servicing Co,    Acct No 1061100044867,    7485 New Horizon Way,
              Frederick, MD 21703-8388
4748257     +Amex,    Acct No 000558529014397512,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
4748258     +Applied Card Bank,    Acct No 422709722116,    Attention: General Inquiries,    Po Box 17125,
              Wilmington, DE 19850-7125
4903504     +BAC Home Loans Servicing, L.P. fka Countrywide Hom,    Bankruptcy Department,
              7105 Corporate Drive,    Mail Stop PTX-C-35,    Plano, TX 75024-4100
4748259     +Bac / Fleet Bankcard,    Acct No 6379,    Po Box 26012,    Greensboro, NC 27420-6012
4748260     +Beneficial/hfc,    Acct No 6817022054,    Attn: Bankruptcy,    961 Weigel Dr,
              Elmhurst, IL 60126-1058
4989601     +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
              NORCROSS, GA 30091-5155
4813646     +CITIBANK C/O,    WELLS FARGO BANK,    ONE HOME CAMPUS,    DES MOINES, IA 50328-0001
4748262     +Cap One,    Acct No 529107150436,    Attn: C/O TSYS Debt Management,    Po Box 5155,
              Norcross, GA 30091-5155
4748263     +Capital 1 Bank,    Acct No 438864213384,    Attn: C/O TSYS Debt Management,    Po Box 5155,
              Norcross, GA 30091-5155
4748264     +Chase - Cc,    Acct No 152300000259,    Attention: Bankruptcy Department,    Po Box 15298,
              Wilmington, DE 19850-5298
4748265     +Chevron / Texaco Citibank,    Acct No 101984,    Attn: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195-0507
4748266     +Cit,    Acct No 1919206205550,    Attn: Bankruptcy,    715 S Metropolitan Ave,
              Oklahoma City, OK 73108-2088
4994880      CitiFinancial Services, Inc.,    P.O. Box 70919,    Charlotte, NC 28272-0919
4748267     +Citibank Usa,    Acct No 603532000773,    Attn.: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195-0507
4748268      Clark County Assessor,    Acct No 177-33-110-001,    500 S Grand Central Pkwy,
              Las Vegas, NV 89101
5113578     +Clark County Treasurer,    500 S Grand Central Pkwy,    PO Box 551220,    Las Vegas, NV 89155-1220
4748269     +Countrywide,    450 American St,    Simi Valley, CA 93065-6285
4748270     +Countrywide Home Lending,    Acct No 164397390,    Attention: Bankruptcy SV-314B,    Po Box 5170,
              Simi Valley, CA 93062-5170
4778444      DEPARTMENT STORES NATIONAL BANK/MACYS,    TSYS DEBT MGMT., INC.,    PO BOX 137,
              COLUMBUS, GA  31902-0137
4748271     +Direct Merchants Bank,    Acct No 546281214402,    Card Member Services - GSC,    Po Box 5246,
              Carol Stream, IL 60197-5246
4768838     +E TRADE C/O,    WELLS FARGO BANK,    ONE HOME CAMPUS,    DES MOINES, IA 50328-0001
4748273     +First National Bank of Marin/Credit One,    Acct No 4071934993020664,    Customer Service,
              Po Box 98873,    Las Vegas, NV 89193-8873
4748274     +G M A C,    Acct No 085078195327,    P O Box 380901,    Bloomington, MN 55438-0901
4748275      Gemb/chevron,    Acct No 706159101579,    Attention: Bankruptcy,    Po Box 103106,
              Roswell, GA 30076
4748276     +H2h/cbsd,    Acct No 603526200805,    Po Box 6497,    Sioux Falls, SD 57117-6497
4748278     +Hsbc Best Buy,    Acct No 700119112063,    Attn: Bankruptcy,    Po Box 6985,
              Bridge Water, NJ 08807-0985
4748279     +Hsbc/neimn,    Acct No 4810088,    Attn: Bankruptcy,    Po Box 15522,    Wilmington, DE 19850-5522
4748280    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    PO Box 21126,    Insolvency,    Philadelphia, PA 19114-0326)
4748281     +Macys/fdsb,    Acct No 4902036173420,    Macy’s Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
4748282     +New Century Mortgage C,    Acct No 1001548622,    Po Box 15298,    Wilmington, DE 19850-5298
5215669     +PRA Receivables Management LLC as agent for,    Beneficial Nevada Inc.,    PO Box 12907,
              Norfolk, VA 23541-0907
5016457     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
              NORFOLK VA 23541-0914
5103366      PRA Receivables Management, LLC as agent for,    FIA Card Services NA aka Bank of America,
              PO Box 12907,    Norfolk VA 23541-0907
4748283     +SRS, Inc,    Acct No 50886,    Wells Fargo Bank,    P.O. Box 280,    Rancho Cordova, CA 95741-0280
4982344     +VANGUARD FUNDING CORPORATION,    741 E. BALL ROAD,    SUITE 103,    ANAHEIM, CA 92805-5952
4748284     +Vanguard Funding,    741 East Ball Road,    Anaheim, CA 92805-5953
4748277    ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court: Homeq,    Acct No 6930350096509,    Attn: Bankruptcy Department,
              1100 Corporate Center,    Raleigh, NC 27607)
4933971     +WELLS FARGO BANK,    PO BOX 5058 MAC P6053-021,    PORTLAND, OR 97208-5058
4933975     +WELLS FARGO BANK, N.A.,    PO BOX 63491 MAC A143-042,    SAN FRANCISCO, CA 94163-0001
5142660     +WESCOM CREDIT UNION,    5601 E LA PALMA AVENUE,    ANAHEIM, CA 92807-2109
4748285      Wells Fargo,    Acct No 5474-6488-0192-2909,    OI BOx 54349,    Los Angeles, CA 90054
4748286     +Wells Fargo Bank N A,    Acct No 6516510956698198,    P O Box 31557,    Billings, MT 59107-1557
4748287     +Wells Fargo Bank Nv Na,    Acct No 650650319230911998,    P O Box 31557,    Billings, MT 59107-1557
4766257      Wells Fargo Bank, N.A.,    MAC S4101-08C,    100 W. Washington St., Phoenix, AZ 85003
```

```
District/off: 0978-2           User: pennva              Page 2 of 2               Date Rcvd: Oct 02, 2009
Case: 09-17322                 Form ID: pdf964           Total Noticed: 61

4748288      +Wells Fargo Home,    8480 Stagecoach Dr,    Frederick, MD 21701-4747
4748289      +Wells Fargo Home Mtg,    Acct No 7080067929422,    Attention: Bankruptcy Department   MAC-X,
               3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
4748290      +Wescom Credit Union,    Acct No 6064270000,    Attn: Consumer Lending,    Po Box 7042,
               Pasadena, CA 91109-7042
The following entities were noticed by electronic transmission on Oct 02, 2009.
4748261       E-mail/PDF: bankruptcynotices@bmwfs.com Oct 03 2009 05:50:15     Bmw Financial Services,
               Acct No 4000536171,    Po Box 3608,    Dublin, OH 43016
4762491       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 03 2009 05:49:24     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
4748272      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 03 2009 05:49:24     Discover Fin,
               Acct No 601100085120,    Attention: Bankruptcy Department,    Po Box 3025,
               New Albany, OH 43054-3025
5215505      +E-mail/PDF: rmscedi@recoverycorp.com Oct 03 2009 05:50:38
               RECOVERY MANAGEMENT SYSTEMS CORPORATION,    FOR GE MONEY BANK,    DBA CHEVRON TEXACO PLCC,
               25 SE 2ND AVE STE 1120,    MIAMI FL 33131-1605
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CHESTER P. SOWINSKI, TRUSTE OF THE CHESTER P. SOWI
cr             CITIBANK
cr             DOLORES A SAN MARCHI
cr             E TRADE BANK
cr             ENTRUST ADMINISTRATION, INC
cr             FBO BOB D'ALESSIO IRA ACCT #11002
cr             STEPHEN E. DIBBLE & LINDA L. DIBBLE AS TRUSTEES OF
cr             STEPHEN W. SAN MARCHI
cr             VANGUARD FUNDING CORPORATION
cr             VANGUARD MORTGAGE INVESTMENT, LLC
5030612        Applied Bank PO Box 17125 Wilmington DE 19850-7125
                                                                                       TOTALS: 11, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2009**                         Signature:    _Joseph Speetjens_